# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LAWYERS FOR FAIR** : | |
| **RECIPROCAL ADMISSION** : | |
| : | |
| v. : | **CIVIL ACTION NO. 22-2399** |
| : | |
| **UNITED STATES, ET AL.** : | |

## ORDER

This 19th day of May, 2022, it is hereby **ORDERED** that this matter is reassigned from Magistrate Judge Douglas E. Arpert to Magistrate Judge Richard L. Lloret for performance of any duties referred by the assigned District Judge.

                                            /s/ Gerald Austin McHugh
                                            United States District Judge