IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **LAWYERS FOR FAIR** | : | |
| **RECIPROCAL ADMISSION** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-2399** |
| | : | |
| **UNITED STATES, ET AL.** | : | |

## ORDER

This 27th day of June, 2022, it is hereby **ORDERED** that Plaintiff's Motion to Recuse Magistrate Judge Lloret, ECF 10, is hereby **DENIED as moot**. To clarify, this matter is not assigned to Magistrate Judge Richard L. Lloret; as detailed in the Order dated May 19, 2022, Judge Lloret is the designated magistrate judge to whom I will refer if I seek assistance in resolving any issues on an "as-needed" basis. Plaintiff's Motion is therefore denied as moot without prejudice to Plaintiff's ability to seek reconsideration in the future should any issues be referred to Judge Lloret.

      /s/ Gerald Austin McHugh
      United States District Judge